UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Urkeb, Inc. | § | Case No. 9:18-bk-11570-MB |
| | § | |
| Debtor(s) | § | |
| | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Jerry Namba, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $6,543.95 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $4,987.97 | |

  3) Total gross receipts of $11,531.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,531.92 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $4,987.97 | $4,987.97 | $4,987.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $57,000.00 | $843.88 | $843.88 | $843.88 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $35,189.32 | $13,925.36 | $13,925.36 | $5,700.07 |
| **TOTAL DISBURSEMENTS** | $92,189.32 | $19,757.21 | $19,757.21 | $11,531.92 |

4) This case was originally filed under chapter 7 on 09/27/2018. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   10/31/2019                    By :   /s/ Jerry Namba
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Bank of America Business Checking 9502 | 1129-000 | $5,584.06 |
| Security Deposit with residential landlord | 1129-000 | $4,518.94 |
| Deposits wit Southern California Edison | 1129-000 | $1,325.01 |
| Deposits with So Cal Gas | 1129-000 | $103.91 |
| **TOTAL GROSS RECEIPTS** | | **$11,531.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JERRY NAMBA, TRUSTEE | 2100-000 | NA | $1,903.19 | $1,903.19 | $1,903.19 |
| DONALD T FIFE | 3410-000 | NA | $1,974.00 | $1,974.00 | $1,974.00 |
| DONALD T FIFE | 3420-000 | NA | $239.50 | $239.50 | $239.50 |
| JERRY NAMBA, TRUSTEE | 2200-000 | NA | $20.00 | $20.00 | $20.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $842.37 | $842.37 | $842.37 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $8.91 | $8.91 | $8.91 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,987.97 | $4,987.97 | $4,987.97 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Delaware Division of Revenue | | NA | NA | NA | $0.00 |
| | Marcello Saverio Bisignani | | $6,000.00 | NA | NA | $0.00 |
| | Marco Francesco Coccia | | $51,000.00 | NA | NA | $0.00 |
| | Santa Barbara Public Health | | NA | NA | NA | $0.00 |
| | CA State Board of Equalization | | NA | NA | NA | $0.00 |
| | Alcoholic Beverage Control | | NA | NA | NA | $0.00 |
| | City of Santa Barbara | | NA | NA | NA | $0.00 |
| 00001 | Internal Revenue Service | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 00001-2 | Internal Revenue Service | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 00002A | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $843.88 | $843.88 | $843.88 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $57,000.00 | $843.88 | $843.88 | $843.88 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00005 | Michael Alexander Seitter Reu | 7100-000 | NA | $3,000.00 | $3,000.00 | $1,227.87 |
| 00004 | Michael Alexander Seitter Reu | 7100-000 | $7,000.00 | $7,000.00 | $7,000.00 | $2,865.39 |
| 00003 | Sysco Ventura Inc. | 7100-000 | $24,682.32 | $3,861.36 | $3,861.36 | $1,580.61 |
| 00002 | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $64.00 | $64.00 | $26.20 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADP Inc. | | NA | NA | NA | $0.00 |
| | Allied Beverage | | NA | NA | NA | $0.00 |
| | Bank of America | | NA | NA | NA | $0.00 |
| | Berkshire Hathaway GUARD | | NA | NA | NA | $0.00 |
| | Bethina Margarete Door | | NA | NA | NA | $0.00 |
| | Blue Orchid Bakery | | $507.00 | NA | NA | $0.00 |
| | Cox Communications | | $2,700.00 | NA | NA | $0.00 |
| | Debra Kealkahn and Peter Lewis | | NA | NA | NA | $0.00 |
| | Fabian Kretschmer | | NA | NA | NA | $0.00 |
| | FK & MW Ventures UG | | NA | NA | NA | $0.00 |
| | Florian Brandau | | NA | NA | NA | $0.00 |
| | Intuit, Inc. | | NA | NA | NA | $0.00 |
| | La Tolteca Inc Tortilla Factory | | $147.00 | NA | NA | $0.00 |
| | Local Craft Distribution | | NA | NA | NA | $0.00 |
| | Marcel Wunsch | | NA | NA | NA | $0.00 |
| | Markus Andreas Schmid | | NA | NA | NA | $0.00 |
| | Pacific Beverage Company | | NA | NA | NA | $0.00 |
| | Praxair Welding Gas and Supply | | NA | NA | NA | $0.00 |
| | Santa Barbara Axxess | | NA | NA | NA | $0.00 |
| | Simon Alexander Schmid | | NA | NA | NA | $0.00 |
| | Sven Suchord | | NA | NA | NA | $0.00 |
| | T Mobile Bankruptcy Team | | NA | NA | NA | $0.00 |
| | The Berry Man, Inc. | | $153.00 | NA | NA | $0.00 |
| | Timo Kost | | NA | NA | NA | $0.00 |
| | Urkeb Foods Holding UG | | NA | NA | NA | $0.00 |
| | Whalebird Kombucha | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $35,189.32 | $13,925.36 | $13,925.36 | $5,700.07 |

Page 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 18-11570  
Case Name: Urkeb, Inc.  
For Period Ending: 10/31/2019

Judge: Martin R. Barash

Trustee Name: Jerry Namba  
Date Filed (f) or Converted (c): 09/27/2018 (f)  
341(a) Meeting Date: 11/13/2018  
Claims Bar Date: 02/19/2019

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Bank of America Business Checking 6757 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America Business Checking 9502 | 9,919.19 | 0.00 | | 5,584.06 | FA |
| 3. Security Deposit with residential landlord | 5,900.00 | 4,518.94 | | 4,518.94 | FA |
| 4. Deposits wit Southern California Edison | 2,100.00 | 1,325.01 | | 1,325.01 | FA |
| 5. Deposits with So Cal Gas | 680.00 | 0.00 | | 103.91 | FA |
| 6. Trademark for Urkeb | Unknown | 0.00 | | 0.00 | FA |
| 7. Domain name www.urkeb.com | Unknown | 0.00 | | 0.00 | FA |
| 8. Alcohol Beverage License No. 1669302, Beer and Wine Sales | Unknown | 0.00 | | 0.00 | FA |
| 9. City of Santa Barbara Business License No 985374 | 0.00 | 0.00 | | 0.00 | FA |
| 10. Santa Barbara County Health Permit No. PR0514182 | Unknown | 0.00 | | 0.00 | FA |
| 11. California Board of Equalization Seller's Permit No GH103-099284 | 0.00 | 0.00 | | 0.00 | FA |
| 12. City of Santa Barbara Sign Permit No. BLD2017-01513 | 0.00 | 0.00 | | 0.00 | FA |
| 13. Interests in Insurance Policies or annuities - AmGUARD Buainess Liability insurance policy no. URBP825658 | Unknown | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 18,599.19 | 5,843.95 | | 11,531.92 | 0.00 |

Re Prop. #3   LEASE PRINCIPALS NAME

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**8/21/19 AMENDED NOTICE OF TFR. CHANGE HEARING DATE TO 10/2/19 11:30**

UST Form 101-7-TDR (10/1/2010) (Page 6)

Exhibit 8

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-11570 | Judge: | Martin R. Barash | Trustee Name: | Jerry Namba |
|---|---|---|---|---|---|
| Case Name: | Urkeb, Inc. | | | Date Filed (f) or Converted (c): | 09/27/2018 (f) |
| | | | | 341(a) Meeting Date: | 11/13/2018 |
| For Period Ending: | 10/31/2019 | | | Claims Bar Date: | 02/19/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**PERIOD END 6/30/19: TFR SUBMITTED TO UST FOR REVIEW ON 6/28/19**

6/28/19 TFR SUBMITTED TO UST
6/27/19 ACCT FINAL FEE APP
5/21/19 $0 COURT COSTS
5/21/19 NOTICE TO PROFESSIONALS AND REQUEST COURT COSTS
5/20/19 PROMPT DETERMINATION RECEIVED
5/14/19 FTB CLAIM FOR 2019 TAX FILED
4/4/19 TAX RETURNS FILED
3/25/19 ORDER APPROVING EMPLOYMENT OF ACCOUNTANT
2/15/19 APPLICATION TO EMPLOY ACCOUNTANT
2/4/19 FTB 2018 MIN $800
11/16/18 NOTICE OF ASSET


Initial Projected Date of Final Report(TFR) : 08/30/2019        Current Projected Date of Final Report(TFR) :

| **Trustee's Signature** | /s/Jerry Namba | **Date:** 10/31/2019 |
|---|---|---|
| | Jerry Namba | |
| | 504 E. Chapel St. | |
| | Santa Maria, CA 93454 | |
| | Phone : (805) 347-9848 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-11570  
Case Name: Urkeb, Inc.  
Taxpayer ID No: **-***2653  
For Period Ending: 10/31/2019  

Trustee Name: Jerry Namba  
Bank Name: Texas Capital Bank  
Account Number/CD#: ******6556  
Account Name: Checking Account  
Blanket bond (per case limit): 5,000,000.00  
Separate bond (if applicable): 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/31/2018 | [3] | GARDNER MGMT CO | SECURITY DEPOSIT PRINCIPAL'S RES | 1129-000 | 4,518.94 | | 4,518.94 |
| 11/14/2018 | [4] | edison | deposit refund | 1129-000 | 1,325.01 | | 5,843.95 |
| 12/05/2018 | [2] | BANK AMERICA | CLOSED BANK ACCT | 1129-000 | 5,584.06 | | 11,428.01 |
| 01/15/2019 | [5] | SO CAL GAS | REFUND GAS CO. | 1129-000 | 103.91 | | 11,531.92 |
| 01/30/2019 | 51001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST<br>NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 8.91 | 11,523.01 |
| 10/07/2019 | 51002 | JERRY NAMBA, TRUSTEE<br>504 E. CHAPEL ST<br>SANTA MARIA , CA 93454 | Trustee's Compensation | 2100-000 | | 1,903.19 | 9,619.82 |
| 10/07/2019 | 51003 | JERRY NAMBA, TRUSTEE<br>504 E. CHAPEL ST<br>SANTA MARIA , CA 93454 | Trustee Expenses | 2200-000 | | 20.00 | 9,599.82 |
| 10/07/2019 | 51004 | DONALD T FIFE<br>HAHN FIFE & CO<br>790 E COLORADO BL, 9TH FL<br>PASADENA , CA 91101 | | 3410-000 | | 1,974.00 | 7,625.82 |
| | | | Page Subtotals | | 11,531.92 | 3,906.10 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 2

| Case No: | 18-11570 | Trustee Name: | Jerry Namba |
| Case Name: | Urkeb, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******6556 |
| Taxpayer ID No: | **-***2653 | Account Name | Checking Account |
| For Period Ending: | 10/31/2019 | Blanket bond (per case limit): | 5,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/07/2019 | 51005 | DONALD T FIFE<br>HAHN FIFE & CO<br>790 E COLORADO BL, 9TH FL<br>PASADENA , CA 91101 | | 3420-000 | | 239.50 | 7,386.32 |
| 10/07/2019 | 51006 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | 2820-000 | | 842.37 | 6,543.95 |
| 10/07/2019 | 51007 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340<br>PO Box 2952<br>Sacramento, CA 95812 | Disb of 100.00% to Claim #00002A | 5800-000 | | 843.88 | 5,700.07 |
| 10/07/2019 | 51008 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340<br>PO Box 2952<br>Sacramento, CA 95812 | Disb of 40.94% to Claim #00002 | 7100-000 | | 26.20 | 5,673.87 |
| 10/07/2019 | 51009 | Sysco Ventura Inc.<br>3100 Sturgis Rd<br>Oxnard, CA 93030 | Disb of 40.93% to Claim #00003 | 7100-000 | | 1,580.61 | 4,093.26 |
| | | | | Page Subtotals | 0.00 | 3,532.56 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 18-11570 | |
| Case Name: | Urkeb, Inc. | |
| Taxpayer ID No: | **-***2653 | |
| For Period Ending: | 10/31/2019 | |

| | | |
|---|---|---|
| Trustee Name: | Jerry Namba | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******6556 | |
| Account Name | Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | Account/ CD Balance($) |
| | | | | | Deposits($) | Disbursements($) |
| 10/07/2019 | 51010 | Michael Alexander Seitter Reu ensteinstrasse 12/1 73760 Ostfildern Germany<br>Michael Alexander Seitter Reu ensteinstrasse 12/1 73760 Ostfildern Germany | Disb of 40.93% to Claim #00004 | 7100-000 | | 2,865.39 | 1,227.87 |
| 10/07/2019 | 51011 | Michael Alexander Seitter Reu ensteinstrasse 12/1 73760 Ostfildern Germany<br>Michael Alexander Seitter Reu ensteinstrasse 12/1 73760 Ostfildern Germany | Disb of 40.93% to Claim #00005 | 7100-000 | | 1,227.87 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 4,093.26 |
| **COLUMN TOTALS** | 11,531.92 | 11,531.92 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 11,531.92 | 11,531.92 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 11,531.92 | 11,531.92 |

| | | | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 11,531.92 | | | | | |
| All Accounts Gross Disbursements: | 11,531.92 | | | | | |
| All Accounts Net: | 0.00 | | | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 18-11570 | Trustee Name: | Jerry Namba |
| Case Name: | Urkeb, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******6556 |
| Taxpayer ID No: | **-***2653 | Account Name | Checking Account |
| For Period Ending: | 10/31/2019 | Blanket bond (per case limit): | 5,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | ******6556 Checking Account | | 11,531.92 | 11,531.92 | |
| | | | **Net Totals** | | 11,531.92 | 11,531.92 | 0.00 |